**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **No. 2:19 CR 16** |
| ) | |
| **WILLIE MCMILLIAN** ) | |

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge (DE # 97), to which the defendant has not objected, and subject to this court's consideration of the Plea Agreement pursuant to Federal Rule of Criminal Procedure 11(c)(3), the Magistrate Judge's findings are now **ADOPTED**, and defendant's plea of guilty as to Count 3 of the Superseding Indictment is hereby **ACCEPTED**. A sentencing date will be set under separate order.

**SO ORDERED.**

Date: April 8, 2024

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT